# Exhibit A

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓ (|▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@▓▓▓▓, ▓) <▓▓▓▓▓@bloomberg.net> |
| **Sent:** | Friday, March 18, 2011 5:03 PM |
| **To:** | |
| **Bcc:** | TYLER PETERS (3617|NOMURA SECURITIESIN|12335|6390562|tyler.peters@nomura.com||) <tpeters11@bloomberg.net>; ▓▓▓▓▓▓▓▓ (3617|NOMURA SECURITIESIN|12335|6378632|▓▓▓▓▓▓@nomura.com||) <fdinucci1@bloomberg.net>; ROSS SHAPIRO (3617|NOMURA SECURITIESIN|12335|6472723|ross.shapiro@nomura.com||) <rshapiro17@bloomberg.net>; MICHAEL GRAMINS (3617|NOMURA SECURITIESIN|12335|6474532|michael.gramins@nomura.com||) <mgramins1@bloomberg.net>; ▓▓▓▓▓▓▓▓ (3617|NOMURA SECURITIESIN|12335|6567288|▓▓▓▓▓@nomura.com||) <afeely2@bloomberg.net>; ▓▓▓▓▓▓▓▓ (3617|NOMURA SECURITIESIN|12335|6805329|▓▓▓▓▓@nomura.com||) <mraghavendr2@bloomberg.net>; ▓▓▓▓▓ (3617|NOMURA SECURITIESIN|12335|7181223|▓▓▓▓▓@nomura.com||) <jfleisher2@bloomberg.net>; ▓▓▓▓▓▓ (3617|NOMURA SECURITIESIN|12335|7321155|▓▓▓▓@nomura.com||) <▓▓▓@bloomberg.net> |
| **Subject:** | Hey ▓▓ - happy friday. Seeing a matcher for you, we traded |

Hey ▓▓ - happy friday. Seeing a matcher for you, we traded the bond with you last month.
15MM JPMMT 2006-A3 2A1 @ 75-24

we sold you 20mm on 2/24 @ 76-08. let me know if you want to show a bid
Reply:
YES PLEASE, WHAT DO YOU THINK?
Reply:
the guy might be gone now, but can still try to get a bid in. probably has a little room, not sure if more than a point though
Reply:
HOW ABOUT 74-24 FOK?

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00023157