# Exhibit B

\<RoomID\> PCHAT-0x1000002319E53

███████████ NOMURA SECURITIES IN 01/11/2012 12:36:56
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████ NOMURA SECURITIES IN 01/11/2012 12:53:58
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

TYLER PETERS NOMURA SECURITIES IN 01/11/2012 13:01:27
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████ NOMURA SECURITIES IN 01/12/2012 11:39:30
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████R NOMURA SECURITIES IN 01/12/2012 11:55:17
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not

represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████   NOMURA SECURITIES IN 01/12/2012 11:55:45
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████   NOMURA SECURITIES IN 01/12/2012 12:24:21
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████   NOMURA SECURITIES IN 01/12/2012 12:25:33
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████   NOMURA SECURITIES IN 01/12/2012 12:35:49
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement

agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████ NOMURA SECURITIES IN 01/12/2012 12:37:35
*** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████ NOMURA SECURITIES IN 01/12/2012 12:39:50
*** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

███████████████ NOMURA SECURITIES IN 01/12/2012 12:46:03
*** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

ROSS SHAPIRO NOMURA SECURITIES IN 01/12/2012 13:04:53
*** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 13:05:47
*** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon

FOIA CONFIDENTIAL TREATMENT REQUESTED
BY NOMURA SECURITIES INTERNATIONAL, INC.

NSI00006478

request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

MICHAEL GRAMINS NOMURA SECURITIES IN 01/12/2012 13:06:43
\*\*\* NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

▮▮▮▮▮▮ NOMURA SECURITIES IN 01/12/2012 17:01:20
 2pm matcher...
62951MAM2   NAA 2004-R2 A1   5.6/1.3

▮▮▮▮▮▮ NOMURA SECURITIES IN 01/12/2012 17:35:11
 Okay Gents... some bonds for you

20.8mm  SARM 04-20 2A1     @  77-16
15mm    JPMMT 05-S3 1A3    @  84-16
84mm    BAFC 2007-B A1     @  65-00
35mm    BALTA 2006-3 33A1  @  45-00

80mm    WAMU 2007-HY1 5A1  showed a bid for these bonds... trying to get an offer

▮▮▮▮▮▮ ASSET MANAGEM 01/12/2012 18:44:25
 hey... on 2pm NAA's. diff seller from yest?

▮▮▮▮▮▮ NOMURA SECURITIES IN 01/12/2012 18:45:00
 yes different seller

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 18:45:30
 tried to buy early but this guy has to go in comp

▮▮▮▮▮▮ ASSET MANAGEM 01/12/2012 18:57:23
 so... how cheap can i buy the NAA?

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 18:57:57
 this guy usually doesn't give looks but said he'd  try to work with us  since we traded yesterday

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 18:58:25
had 97-24 cvr yesterday on our piece

███████████████████████████ ASSET MANAGEM 01/12/2012 18:58:46
right... but very different amount

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 18:59:48
yeah - probably best to start in the context of cover and get some color

███████████████████████████ ASSET MANAGEM 01/12/2012 19:00:12
let's go 97-16 pay on top. make sense?

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 19:00:24
yeah that works

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 19:00:25
thanks

███████████████████████████ NOMURA SECURITIES IN 01/12/2012 20:11:28
*** NOMURA SECURITIES IN (12335)  Disclaimer: Additional information is available upon request. Information above is based on sources believed reliable, but Nomura does not represent it as accurate or complete. This is not an offer to sell or solicitation of an offer to buy any securities. This is not a research report. Prices, yields, opinions and other information are subject to change without notice. Nomura and its affiliates (and their employees) may have positions in securities mentioned above. Nomura may buy and sell such securities as principal or agent. Nomura may have acted as underwriter or placement agent for such securities and may perform investment banking or financial services for any company mentioned above.

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 20:16:13
buying NAA

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 20:17:28
5.625mm NAA 2004-R2 A1  - cover was 96-1, seller appreciated us stepping up, gave us 8 ticks back.  let us know where you want to write it

███████████████████████████ ASSET MANAGEM 01/12/2012 20:19:00
so u paid 97-08, right?

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 20:19:25
yes

███████████████████████████ ASSET MANAGEM 01/12/2012 20:19:32
use 97-18

TYLER PETERS NOMURA SECURITIES IN 01/12/2012 20:19:39
cool, thank you