# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Joe Tully                                    Direct Dial: 212-210-9493                                    Email: joe.tully@alston.com

January 8, 2018

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Securities and Exchange Commission v. Ross B. Shapiro et al
      Case No. 15-cv-07045 (RMB)

Dear Judge Berman:

     Alston & Bird LLP represents Defendant Tyler G. Peters in the above referenced matter. Please be advised that Craig Carpenito was appointed as Interim United States Attorney for the District of New Jersey, effective January 5, 2018 and is no longer affiliated with Alston & Bird LLP.

     I therefore request that the Court remove Craig Carpenito's name from the Court's docket and electronic case filing system for this action. Brett D. Jaffe, David Carl Wohlstadter, and I of Alston & Bird LLP will remain as counsel for Tyler G. Peters.

Sincerely,

*[signature]*

Joe Tully

Alston & Bird LLP                                                                                                                                www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Research Triangle | San Francisco | Silicon Valley | Washington, D.C.