```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
                                                                  :

                                       Plaintiff,    :       **ORDER**

                                                     :       15 Cv. 7045 (RMB)
                       - against -                       :

ROSS B. SHAPIRO, MICHAEL A. GRAMINS, :
and TYLER G. PETERS,                            :
                                         Defendants.   :
-------------------------------------------------------------------x

       The Court will hear brief oral argument (no more than ten to fifteen minutes per side) on Wednesday, May 30, 2018, at 2:15 p.m. for Tyler G. Peters' Motion to Dismiss the Complaint, dated October 27, 2017 [#96], in Courtroom 17B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
       May 23, 2018

                                                        *RMB*
                                            _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.

1