# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Joseph Tully          Direct Dial: 212-210-9493          Email: joe.tully@alston.com

June 15, 2018

**VIA ECF**

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10017

Re:  *S.E.C. v. Shapiro, et al.*, No. 1:15-cv-07045-RMB-RWL

Dear Judge Berman:

Counsel for Defendant Tyler G. Peters and the Securities & Exchange Commission (the "Commission") jointly submit this letter to seek an adjournment of the deadline for Mr. Peters to respond to the Complaint, currently set as June 18.

The parties believe adjourning the June 18 deadline is appropriate to allow time for the Court to address issues raised in a pre-motion letter that Mr. Peters submitted on June 13 (the "Pre-Motion Letter"). *See* Dkt. No. 110. The anticipated motion would ask the Court to reconsider and clarify certain aspects of its recent decision, which denied Mr. Peters' motion to dismiss the Complaint. *See* Dkt. No. 107. The Court endorsed the Pre-Motion Letter, on June 14, and set June 18 as the Commission's deadline to respond – also the deadline for Mr. Peters to respond to the Complaint. *See* Dkt. No. 111.

The parties respectfully request that the Court adjourn Mr. Peters' time to respond to the Complaint until 14 days after the status conference scheduled for June 21. Such an adjournment would serve the interests of justice and judicial economy by giving the Court an opportunity to address the issues raised in the Pre-Motion Letter and the Commission's anticipated response.

There have been five prior requests for an extension of time to respond to the Complaint, which have all been granted. *See* Dkt. Nos. 22, 66, 89, 94, 95.

Alston & Bird LLP                                                                                           www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

June 15, 2018
Page 2

Dated: June 15, 2018
   New York, New York

| SECURITIES AND EXCHANGE COMMISSION | ALSTON & BIRD LLP |
|---|---|
| By: /s/ Rua Kelly<br>Rua Kelly<br>33 Arch Street, 23rd Floor<br>Boston, MA 02110<br>T: (617) 573-8941<br>F: (617) 573-4590<br>kellyru@sec.gov | By: /s/ Joseph G. Tully<br>Joseph G. Tully<br>90 Park Avenue<br>New York, New York 10016<br>T: (212) 210-9400<br>F: (212) 210-9444<br>joe.tully@alston.com<br><br>*Attorneys for Defendant G. Tyler Peters* |

cc: Magistrate Judge Robert W. Lehrburger
   All Counsel of Record (Via ECF)

SO ORDERED:

_____
Hon. Richard M. Berman, U.S.D.J.

Dated: _____