UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 1:15-cv-7045 |
| Plaintiff, | |
| v. | |
| ROSS SHAPIRO, MICHAEL GRAMINS, and TYLER PETERS, | |
| Defendants. | |

## JOINT MOTION FOR ENTRY OF PROPOSED FINAL JUDGMENT AGAINST DEFENDANT ROSS SHAPIRO

Plaintiff Securities and Exchange Commission (the "Commission") and defendant Ross B. Shapiro ("Defendant Shapiro") move that this Court enter the attached proposed Final Judgment as to Defendant Shapiro ("Final Judgment"). The Commission and Shapiro have agreed to all terms in the Final Judgment. In support of this motion, the parties have also filed a Consent signed by Defendant Shapiro, memorializing his agreement to the terms of the Final Judgment.

The parties respectfully request that the Court enter the attached proposed Final Judgment as to Defendant Shapiro.

Dated: September 7, 2018

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION,
By its counsel,

/s/ Rua M. Kelly
Rua M. Kelly (Mass. Bar No. 643351)
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573-8941
 (617) 573-4590 (Facsimile)
KellyRu@sec.gov

ROSS B. SHAPIRO,
By his counsel,

 /s/
Guy Petrillo, Esq.
Petrillo Klein & Boxer LLP
655 Third Avenue, 22nd Floor
New York, NY  10017

CERTIFICATE OF SERVICE

     I hereby certify that, on September 7, 2018, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

                                  /s/ Rua M. Kelly
                                  Rua M. Kelly