

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**BOSTON REGIONAL OFFICE**
**33 ARCH STREET, 24th FLOOR**
**BOSTON, MASSACHUSETTS 02110-1424**
**TELEPHONE: (617) 573-8900**
**FACSIMILE: (617) 573-4590**

November 8, 2018

<u>FILED VIA ECF</u>

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, NY 10007-1312

     Re:    <u>**SEC v. Shapiro, et al., 15-cv-07045-RMB**</u>

Dear Judge Berman:

     Counsel for the Securities & Exchange Commission (the "Commission") submits this letter in advance of the parties' November 14, 2018 status conference, which was originally scheduled for the purpose of updating the Court on the parallel criminal case in the District of Connecticut. The Commission writes to advise that Judge Chatigny has not yet ruled on the post-trial motions filed by defendants Ross Shapiro and Michael Gramins, and the parties do not have any further information as to the likely timing of that ruling. In addition, the government's appeal of Judge Chatigny's decision granting Gramins' motion for new trial has been calendared for a hearing before the Second Circuit, with oral argument scheduled for November 27, 2018.

     While the parties are planning to appear at the upcoming status conference scheduled by this Court, counsel wanted to apprise Your Honor that the status of the parallel criminal case remains largely unchanged since the Court adjourned the previously-scheduled conference.

     We are available to answer any questions about the parallel criminal proceedings or any other matters related to the civil case at the status conference on November 14, 2018.

                 Sincerely,

                 Rua M. Kelly
                 Senior Trial Counsel

Cc: Magistrate Judge Robert W. Lehrburger
     Brett D. Jaffe, Esq., Counsel to Defendant Tyler Peters