```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-18-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES SECURITIES AND,  :      15 CV 7045 (RMB) (RWL)
EXCHANGE COMMISSION,           :
                               :
              Plaintiff,       :
                               :
    - against -                :      ORDER
                               :
ROSS B. SHAPIRO, MICHAEL A. GRAMINS :
AND TYLER G. PETERS,           :
                               :
                               :
              Defendants.      :
-----------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This resolves Defendant Peters' request to compel production of materials from the SEC concerning the Harrison Parking Investigation and the Dinucci Investigation. (Dkt. 152.) Peters' application is granted in part and denied in part. This Court already has ordered the SEC to produce witness statements and testimony for certain individuals. (Dkt. 150.) To the extent not previously encompassed by that order, statements and testimony of both Harrison and Dinucci should be produced as those materials are relevant to Harrison and Dinucci's credibility and they are potential witnesses in this case. However, the Court does not agree that documents concerning what other people said about Harrison and Dinucci should be produced. These materials go far afield into collateral issues and/or inadmissible material, and their production is not proportional to the needs of the case.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:  March 18, 2019
        New York, New York

Copies transmitted to all counsel of record.