

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590

March 25, 2019

FILED VIA ECF

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY  10007-1312

    Re:    *SEC v. Shapiro, et al., 15-cv-07045-RMB*

Dear Judge Lehrburger:

    The parties write to provide the Court with a status update, as required by the July 26, 2018 case management plan (ECF No. 128).

    Discovery is proceeding pursuant to the deadlines set by the Court's July 26, 2018 case management plan.  With regard to the document discovery disputes that were the subject of the Court's March 1, 2019 and March 18, 2019 orders, the Commission expects to make a production of all responsive documents to Peters' counsel by the week of March 25, 2019. Should the parties have any dispute regarding the scope of the Commission's production, the parties will meet and confer, and raise any remaining issues with the Court, as appropriate.  In addition, the parties expect to commence the depositions of certain fact witnesses in May 2019.

    The parties do not believe that a settlement conference would be fruitful at this time.

    Sincerely,

    Rua M. Kelly
    Senior Trial Counsel

Cc:  Brett Jaffe, Esq. (counsel for Defendant Tyler Peters)