USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

MICHAEL GRAMINS and TYLER PETERS,

    Defendants.

C. A. No. 1:15-cv-7045 (RMB)

**MEMO ENDORSED**

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### MOTION TO DISMISS ALL CLAIMS AGAINST TYLER PETERS

Plaintiff Securities and Exchange Commission (the "Commission") hereby moves to dismiss all claims against defendant Tyler Peters ("Peters") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support if its motion, the Commission states that the parties are in agreement that dismissal with prejudice as to all claims against defendant Peters is appropriate.

Dated: November 5, 2019

    Respectfully submitted,

    SECURITIES AND EXCHANGE COMMISSION,
    By its counsel,

    /s/ Rua M. Kelly
    Rua M. Kelly
    Alfred A. Day
    Boston Regional Office
    33 Arch Street, 24th Floor
    Boston, MA 02110
    (617) 573-8941
    (617) 573-4590 (Facsimile)
    KellyRu@sec.gov

> Application to dismiss as to Tyler Peters is granted. Clerk to close this case as to Mr. Peters.
>
> SO ORDERED:
> Date: 11/6/19
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

1