```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE               :
COMMISSION,                           :
                                      :     15-CV-7045 (RMB) (RWL)
                         Plaintiff,   :
                                      :     ORDER
            - against -               :
                                      :
ROSS B. SHAPIRO, et al.               :
                                      :
                         Defendants.  :
------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 2/1/2021

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Discovery in this case was partially stayed as to Defendant Michael A. Gramins pending completion of the parallel criminal case, *United States v. Shapiro*, No. 3:15cr155 (RNC) (D. Conn.). (Dkt. 43, 66.) The Commission shall file a status report on the criminal proceedings as well as this case by **February 15, 2021**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 1, 2021
       New York, New York

Copies transmitted this date to all counsel of record.