

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590**

April 13, 2021

<u>FILED VIA ECF</u>

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY  10007-1312

    Re:    <u>*SEC v. Shapiro, et al.*, 15-cv-07045-RMB</u>

Dear Judge Lehrburger:

    The parties write to provide a status update on the criminal and civil cases against defendant Michael Gramins ("Gramins"), as required by this Court's Order (ECF No. 176).

    In a status letter to the Court, dated February 12, 2021, the parties advised the Court that district court proceedings in the criminal case were substantially complete.  On March 15, the United States Attorney's Office for the District of Connecticut (the "USAO") filed a motion for restitution, seeking payment of ~$1.2 million from Gramins in connection with the criminal case.  Gramins' counsel filed an opposition on April 5, 2021, and the deadline for the USAO's reply papers is April 19, 2021.

    As of today's date, the parties do not know when or whether Judge Chatigny will schedule a hearing on the USAO's motion, and/or issue a restitution order as to Gramins.  While the parties have discussed possible resolution of this matter, such discussions are unlikely to be fruitful until these matters are further clarified.  The parties do anticipate having further clarity on the timing of the next events in the criminal case within the next 30 days, which would inform both the parties' discussions and the timing of discovery as to the civil case against Gramins should the Court lift the stay.  Accordingly, the parties seek an additional 30 days to continue discussions.  Within 30 days, the parties will either file a status report, or request a conference with the Court to discuss next steps.

    The parties do not believe that a settlement conference would be fruitful at this time.

    Thank you for your consideration of the parties' request.

Sincerely,

*Rua M. Kelly*

Rua M. Kelly
Senior Trial Counsel

Cc: Marc L. Mukasey, Esq. and Robert S. Frenchman (counsel for Michael Gramins)