

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
BOSTON REGIONAL OFFICE
33 ARCH STREET, 24th FLOOR
BOSTON, MASSACHUSETTS 02110-1424
TELEPHONE: (617) 573-8900
FACSIMILE: (617) 573-4590

May 11, 2021

<u>FILED VIA ECF</u>

Honorable Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 18D
New York, NY  10007-1312

      Re:    <u>*SEC v. Shapiro, et al.*, 15-cv-07045-RMB</u>

Dear Judge Lehrburger:

      The parties write to request a status conference regarding the civil case against defendant Michael Gramins ("Gramins").  We intend to provide the Court with an update on the criminal proceedings in the District of Connecticut, as well as to discuss next steps in the instant case.

      The parties have conferred regarding dates and times, and are available for a status conference at or after 11:00 am on Monday, May 17, Thursday, May 20, and/or Friday, May 21.

      Thank you for your consideration of the parties' request.

                        Sincerely,

                        *Rua M. Kelly*

                        Rua M. Kelly
                        Alfred A. Day
                        Senior Trial Counsel

Cc:  Marc L. Mukasey, Esq. and Robert S. Frenchman (counsel for Michael Gramins)