USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,

                         Plaintiff,

        - against -

ROSS B. SHAPIRO, et al.,

                     Defendants.
-------------------------------------------------------------X

15-CV-7045 (RMB) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Pursuant to the status conference held on May 25, 2021, the stay of this action will remain in place. The parties shall file a joint status report the earlier of every 60 days or a material event (particularly, but not limited to, developments in the relevant criminal matter) that warrants consideration of lifting the stay or otherwise resolving this matter.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated: May 25, 2021
         New York, New York

Copies transmitted this date to all counsel of record.