UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES SECURITIES AND, : 15-CV-7045 (RMB) (RWL)
EXCHANGE COMMISSION, :
:
Plaintiff, :
:
- against - : **ORDER**
:
ROSS B. SHAPIRO, MICHAEL A. GRAMINS :
AND TYLER G. PETERS, :
:
Defendants. :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on March 7, 2022, the parties will provide their next status update by **May 2, 2022**.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   March 7, 2022
         New York, New York

Copies transmitted to all counsel of record.