**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
           Plaintiffs,

   -against-

MICHAEL A. GRAMINS, et al.,
           Defendants.
------------------------------------------------------------X

15 CV. 7045 (RMB)

**ORDER**

The Court will hold a status conference on Wednesday, May 4, 2022 at 10:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding will be held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7045

Dated: April 26, 2022
       New York, NY

                                  _____
                                       RICHARD M. BERMAN
                                             U.S.D.J.