UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
              Plaintiffs,

   -against-

MICHAEL A. GRAMINS, et al.,
              Defendants.
------------------------------------------------------------X

15 CV. 7045 (RMB)

**<u>ORDER</u>**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Thursday, July 7, 2022 at 10:00 AM will be held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7045

Dated: June 29, 2022
       New York, NY

                                                         _____
                                                         RICHARD M. BERMAN
                                                             U.S.D.J.