UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
                Plaintiffs,

    -against-

MICHAEL A. GRAMINS, et al.,
                Defendants.
-------------------------------------------------------------X

15 CV. 7045 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, September 27, 2022 at 12:30 PM will be held by telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-In Number: (646) 453-4442
    Conference ID: 191 770 137#

Dated: September 26, 2022
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.