**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,
           Plaintiffs,

   -against-

MICHAEL A. GRAMINS, et al.,
           Defendants.
-------------------------------------------------------------X

15 CV. 7045 (RMB)

**ORDER**

      The status conference scheduled for Wednesday, December 21, 2022 at 9:00 AM will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-In Number: (646) 453-4442
      Conference ID: 471 897 53#

Dated: December 14, 2022
      New York, NY

                                                         _____
                                                         RICHARD M. BERMAN
                                                             U.S.D.J.