**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                    Government,           :       15 CV. 7045 (RMB)
                                              :
          - against -                       :       **ORDER**
                                              :
MICHAEL A. GRAMINS,                           :
                    Defendant.            :
-----------------------------------------------------------------x

      The status conference is scheduled for Thursday, March 16, 2023 at 9:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 783 162 734#

Dated: March 8, 2023
      New York, NY

                                                _/s/ Richard M. Berman_
                                        **RICHARD M. BERMAN**
                                              **U.S.D.J.**