## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

           Plaintiff,

     v.

MICHAEL A. GRAMINS,

           Defendant.

Civil Action No. 15-CV-7045 (RMB)

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
### MOTION FOR ENTRY OF CONSENT JUDGMENT

Plaintiff Securities and Exchange Commission ("Commission") hereby moves that the Court enter the Final Judgment submitted herewith.  In support, the SEC states the following:

1.      Attached hereto as **Exhibit A** is the proposed Final Judgment to which the defendant has agreed.  Defendant Michael A. Gramins ("Gramins") has previously executed a Consent that encompasses all of the relief in the proposed Final Judgment.  *See* ECF No. 193-2.

2.      The proposed Final Judgment is fair and reasonable.  *SEC v. Citigroup Global Markets, Inc.,* 752 F.3d 285, 294 (2d Cir. 2014).   Courts in the Second Circuit evaluating consent judgments in SEC enforcement actions consider: "(1) the basic legality of the decree; (2) whether the terms of the degree, including its enforcement mechanism, are clear; (3) whether the consent decree reflects a resolution of the actual claims of the complaint; and (4) whether the consent decree is tainted by improper collusion or corruption of some kind."  *Id*. at 294-95 (internal citation omitted).  Here, the proposed judgment is legal because it is within the Court's authority to enter.  *See Tzumi Innovations, LLC v. Wheeler*, 21 Civ. 122, 2022 WL 20580425, at *2 (S.D.N.Y. Aug. 25, 2022).  The terms of the consent judgment are clear and would resolve all

of the SEC's remaining claims against Gramins.  Finally, the proposed settlements were reached

through good faith and arms-length negotiations with experienced defense counsel for Gramins.

3.    *Citigroup* also requires a district court to determine whether "'public interest

would not be disserved' in the event that that the consent decree includes injunctive relief."

*Citigroup*, 752 F.3d at 294 (quoting *eBay, Inc. v. MercExchange,* 547 U.S. 388, 391 (2006)).

The proposed Final Judgment in this action includes injunctive relief and is in the public interest.

WHEREFORE, the SEC respectfully requests that this Court grant this Motion and enter

the proposed Final Judgment attached hereto.

Dated: January 24, 2025                 Respectfully submitted,

On behalf of the Commission,

/s/ Rua M. Kelly
_____
Rua M. Kelly
Alfred A. Day
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA  02139
(617)-573-8941 (Kelly direct)
kellyru@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2025, a copy of the foregoing was filed
electronically.  Notice of this filing will be sent by email to all parties of record by operation of
the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF
system.  I will separately serve the document upon parties not registered to receive electronic
notice through the CM/ECF system.

/s/ Rua M. Kelly
_____
Rua M. Kelly