

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE**
33 ARCH STREET
24th FLOOR
BOSTON, MA 02110-1424
PHONE: (617) 573-8900
FACSMILE: (617)573-5940

RUA M. KELLY
TELEPHONE: (617) 573-8941
EMAIL: kellyru@sec.gov

January 24, 2025

Via ECF Filing

Hon. Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, NY 10007

    Re:    *SEC v. Gramins, et al.,* **No. 15-cv-07045 (RMB)**

Dear Judge Berman:

    Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to inform the Court that the Commission and Defendant Michael A. Gramins ("Gramins") have reached a proposed settlement in this case. The parties are simultaneously filing a motion for entry of final judgment, along with a proposed judgment (the "Proposed Judgment"). The Proposed Judgment reflects the terms of a settlement under which the Commission has agreed to forgo a civil penalty in this matter in light of the sanctions imposed in the related criminal case. In December 2020, Gramins was sentenced by the District Court in Connecticut to two years' probation with six months' home confinement and 300 hours of community service.[1]

    Importantly, as part of this proposed global resolution of the Commission's pending claims, Gramins has consented to be barred by the Commission from association with any broker, dealer, investment adviser, municipal securities dealer, municipal advisor, transfer agent, or nationally recognized statistical rating organization with the right to apply for reentry after five (5) years. Gramins will thus be subject to the Commission's associational bar until at least 2030. As a practical matter, this means that by the time he is eligible to reapply to vacate the bar imposed,

---

[1] This Court entered a partial judgment in April 2022 enjoining Gramins against future violations of the antifraud provisions of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), Section 10(b) of the Exchange Act, and Rule 10b-5 thereunder. ECF No. 194. This case was then stayed because the United States Attorney's Office had filed a motion seeking ~$1.2 million in restitution from Gramins, and that motion remained pending until September 2024, when it was withdrawn by the United States Attorney's Office after Nomura paid the outstanding restitution amount. *See* Government's Motion to Withdraw Restitution Request, *United States v. Gramins*, No. 3:15-CR-155 (RNC) (ECF No. 631) (Sept. 6, 2024).

Page 2
January 24, 2025

Gramins will have been unable to work in the financial sector for more than a decade and a half. As the Court may recall, Gramins was suspended by Nomura in 2014 and terminated in mid-2015.

The parties submit that the Proposed Judgment is fair and reasonable and in the public interest, in light of *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285 (2d Cir. 2014), and in light of the criminal and civil sanctions imposed in all three actions against Gramins related to his misconduct on the Nomura RMBS trading desk. If entered, the Proposed Judgment would enjoin Gramins against future violations of the securities laws the Commission charged him with violating, including an injunction against engaging in fraud in connection with the purchase or sale of any security. And, while the Proposed Judgment does not include a civil penalty, the goals of specific and general deterrence are served by the sanctions imposed in the related cases.

For all of the foregoing reasons, and in light of the Defendant's previously-filed consent, we respectfully request that the Court enter the Proposed Judgment. *See* ECF No. 193-2 (Consent of Defendant Michael Gramins). If approved and entered, the Proposed Judgment will be the final judgment in this case and will bring this matter to a close.

Sincerely,

/s/ Rua M. Kelly

Rua M. Kelly
Senior Trial Counsel